U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JAN 20 P 3:31

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

KELBYS JOSEFINA VELAZQUEZ-
GUTIERREZ,
Defendant.

Docket No. 2:26-cr-06-01

## PLEA AGREEMENT

The United States of America, by and through the United States Attorney's Office for the District of Vermont (hereafter "the United States"), and the defendant, KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ, agree to the following in regard to the disposition of pending criminal charges.

1. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ agrees to waive Indictment and plead guilty to Count 1 of the Information charging her with aiding and abetting the transport or attempted transport of illegal aliens within the United States, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II).

2. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ understands, agrees and has had explained to her by counsel that the Court may impose the following sentence on her plea: up to 10 years of imprisonment, pursuant to 8 U.S.C. § 1324(a)(1)(B)(i); up to 3 years of supervised release, pursuant to 18 U.S.C. § 3583; up to a $250,000 fine, pursuant to 18 U.S.C. § 3571; and a $100 special assessment pursuant to 18 U.S.C. § 3013.

3. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ agrees to plead guilty because she is, in fact, guilty of the above crime.

1

4. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ stipulates to, agrees with, and admits the following facts:

   a. On December 8, 2025, KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ while aiding and abetting or acting in concert with FABIAN RONALD REYES-LOPEZ, and others, attempted to transport or move one or more aliens within the United States.

   b. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ knew or recklessly disregarded the fact that the aliens she attempted to transport had come to the United States illegally.

   c. Prior to the night of December 8, 2025, KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ rented a vehicle to assist FABIAN RONALD REYES-LOPEZ with the transportation of aliens who had illegally crossed from Canada into the United States.

   d. During the nighttime hours of December 8, 2025, KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ and FABIAN RONALD REYES-LOPEZ waited in the rented vehicle in a rural area of Vermont to pick up one or more aliens who had come to the United States in violation of law.

   e. On December 8, 2025, at approximately 8:30 p.m., agents of the United States Border Patrol detected the passage of several individuals who illegally crossed into the United States from Canada. Those individuals were detected by a camera as they walked through the woods.

   f. The United States Border Patrol dispatched numerous agents to detain the individuals who had come to the United States in violation of law and to

investigate whether anyone was present to unlawfully provide transportation for those individuals.

g. At approximately 11:30 p.m., a United States Border Patrol agent found KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ and FABIAN RONALD REYES-LOPEZ on Lake Road as they waited in the vehicle rented by KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ. The area of Lake Road where the vehicle was parked was in the vicinity of Franklin, Vermont and close to the area where the aliens were walking through the woods. FABIAN RONALD REYES-LOPEZ, who was driving the rented vehicle, honked the vehicle's horn while the vehicle was parked on the side of the road. The purpose of honking the horn was to alert the aliens who were walking through the woods to the location of the vehicle. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ and FABIAN RONALD REYES-LOPEZ planned to transport those aliens to New York after picking them up in Vermont. Other United States Border Patrol agents found and detained two of the aliens who had previously been detected by cameras as they walked through the woods.

h. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ and FABIAN RONALD REYES-LOPEZ eventually traveled, in the rented vehicle, a short distance and turned off Lake Road onto Dewing Road. The United States Border Patrol Agent followed the rented vehicle and stopped it on Dewing Road.

i. United States Border Patrol agents arrested KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ and FABIAN RONALD REYES-LOPEZ. Additional investigation revealed text messages between KELBYS JOSEFINA VELAZQUEZ-

GUTIERREZ and FABIAN RONALD REYES-LOPEZ about their plans to pick up aliens in Vermont and transport them to New York.

j. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ and FABIAN RONALD REYES-LOPEZ engaged in the conduct mentioned above for the purpose of financial gain. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ and FABIAN RONALD REYES-LOPEZ unlawfully transported aliens who had come to the United States in violation of law for the purpose of financial gain on multiple occasions prior to December 8, 2025.

5. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ understands that it is a condition of this agreement that she refrain from committing any further crimes, whether federal, state or local, and that if on release she will abide by all conditions of release.

6. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ acknowledges that she understands the nature of the charge to which she will plead guilty and the possible penalties. She also acknowledges that she has the following rights: the right to persist in a plea of not guilty; the right to a jury trial; the right to be represented by counsel – and if necessary have the court appoint counsel – at trial and at every other stage of the proceeding; the right at trial to confront and cross-examine adverse witnesses; the right to be protected from compelled self-incrimination; and the right to testify and present evidence and to compel the attendance of witnesses. She understands that by pleading guilty, she will waive these rights. She also understands that if her guilty plea is accepted by the Court, there will be no trial and the question of guilt will be resolved; all that will remain will be the Court's imposition of sentence.

7. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ fully understands that she may not withdraw her plea because the Court declines to follow any recommendation, motion or

stipulation of the parties to this agreement, other than an agreement between the parties pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The United States specifically reserves the right to allocute at sentencing. There shall be no limit on the information the United States may present to the Court and the Probation Office relevant to sentencing and no limit (except as otherwise provided in this agreement) on the positions the government may take at sentencing. Both parties are free to move for a departure under the Guidelines and to argue for a sentence outside the advisory sentencing range, except as otherwise set forth in this agreement. The United States also reserves the right to correct any misstatement of fact made during the sentencing process, to oppose any motion to withdraw a plea of guilty, and to support on appeal any decisions of the sentencing Court whether in agreement or in conflict with recommendations and stipulations of the parties.

8. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ fully understands that any estimates or predictions relative to the Guidelines calculations are not binding upon the Court. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ acknowledges that there is no agreement between the parties as to both the calculation of the offense level and the defendant's criminal history category. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ understands her criminal history could impact both the offense level and the criminal history category applicable to her Guideline calculation. She fully understands that the Guidelines are advisory and that the Court can consider any and all information that it deems relevant to the sentencing determination. She acknowledges that in the event that any estimates or predictions by her attorney (or anyone else) are erroneous, those erroneous predictions will not provide grounds for withdrawal of her plea of guilty, modification of her sentence, or for appellate or post-conviction relief.

9. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ agrees to make a good-faith effort to pay any fine or restitution she is ordered to pay. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ agrees to pay the special assessment at the time of sentencing.

10. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ recognizes that pleading guilty may have consequences with respect to her immigration status if she is not a citizen of the United States. The defendant, if not a United States citizen, may be removed from the United States, denied citizenship, and denied admission to the United States in the future. Removal and other immigration consequences are the subject of a separate proceeding, however, and she understands that no one, including her attorney or the district court, can predict to a certainty the effect of her conviction on her immigration status. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ nevertheless affirms that she wants to plead guilty regardless of any immigration consequences that her plea may entail, even if the consequence is her automatic removal from the United States.

11. The United States agrees that in the event that KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ fully and completely abides by all conditions of this agreement, the United States will:

   a. not file additional federal charges in the District of Vermont based on the conduct described in the factual stipulations at paragraph 4;

   b. recommend to the sentencing Court that she be sentenced to time served if the total offense level is 12 or below;

   c. recommend that she receive a two-point credit for acceptance of responsibility under Guideline § 3E1.1(a), provided that (1) she cooperates truthfully and completely with the Probation Office during the presentence investigation,

   including truthfully admitting the conduct comprising the offense(s) of conviction and not falsely denying any relevant conduct for which she is accountable under U.S.S.G. § 1B1.3, (2) she abides by the conditions of her release, and (3) provided that no new information comes to the attention of the United States relative to the issue of her receiving credit for acceptance of responsibility; and

   d. move for an additional one-point credit for timely acceptance of responsibility, if the offense level (before acceptance) is 16 or greater and she meets the conditions in the subparagraph above.

12. If the United States determines, in its sole discretion, that KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ has committed any offense after the date of this agreement, has violated any condition of release, or has provided any intentionally false information to Probation, the obligations of the United States in this agreement will be void. The United States will have the right to recommend that the Court impose any sentence authorized by law and will have the right to prosecute her for any other offenses she may have committed in the District of Vermont. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ understands and agrees that, under such circumstances, she will have no right to withdraw her previously entered plea of guilty.

13. It is understood and agreed by the parties that should KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ's plea not be accepted by the Court for whatever reason, or later be withdrawn or vacated, this agreement may be voided at the option of the United States and she may be prosecuted for any and all offenses otherwise permissible. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ also agrees that the statute of limitations for all uncharged criminal offenses known to the United States as of the date it signs this plea agreement will be tolled for the entire period of time that elapses between the signing of this agreement and the completion of

the period for timely filing a petition under 28 U.S.C. § 2255, or if such petition is filed, the date of any decision by a court to vacate the plea or the conviction.

14. It is further understood that this agreement is limited to the Office of the United States Attorney for the District of Vermont and cannot bind other federal, state or local prosecuting authorities.

15. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ expressly states that she makes this agreement of her own free will, with full knowledge and understanding of the agreement and with the advice and assistance of her counsel, CHARLES N. CURLETT, JR., Esq. KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ further states that her plea of guilty is not the result of any threats or of any promises beyond the provisions of this agreement. Furthermore, KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ expressly states that she is fully satisfied with the representation provided by her attorney, CHARLES N. CURLETT, JR., Esq., and has had full opportunity to consult with her attorney concerning this agreement, concerning the applicability and impact of the Sentencing Guidelines (including, but not limited to, the relevant conduct provisions of Guideline Section 1B1.3), and concerning the potential terms and conditions of supervised release.

16. No agreements have been made by the parties or their counsel other than those contained herein or in any written agreement supplementing this agreement.

UNITED STATES OF AMERICA

JONATHAN A. OPHARDT
Assistant United States Attorney
Chief, Criminal Division

01/20/2026
Date

*Charles W. Kirkham*
CHARLES W. KIRKHAM
Special Assistant U.S. Attorney

1/14/26
Date

*Kelbys Velazquez*
KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ
Defendant

I have read, fully reviewed and explained this agreement to my client, KELBYS JOSEFINA VELAZQUEZ-GUTIERREZ. I believe that she understands the agreement and is entering into the agreement voluntarily and knowingly.

1/20/26
Date

CHARLES N. CURLETT, JR.
Counsel for the Defendant

9